**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00221-CV**
_____

**TOM HAMPTON AND CONNIE HAMPTON D/B/A BAR H COUNTRY STORE & BAR-B-QUE, Appellants**

**V.**

**PETROTEX FUELS, INC., Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-181,869**

**MEMORANDUM OPINION**

The appellants, Tom Hampton and Connie Hampton d/b/a Bar H Country Store & Bar-B-Que, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 26, 2015
Opinion Delivered August 27, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.